**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-2118**

---

ADOL T. OWEN-WILLIAMS, JR.,

        Plaintiff - Appellant,

     v.

CHRISTOPHER CYRAN, (#7816); CITY OF GAITHERSBURG, INCORPORATED,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge. (8:11-cv-03354-PJM)

---

Submitted: January 22, 2013      Decided: January 24, 2013

---

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Adol T. Owen-Williams, Jr., Appellant Pro Se.  Kevin Bock Karpinski, Michael B. Rynd, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adol T. Owen-Williams, Jr., seeks to appeal the district court's order denying relief on his 42 U.S.C. §§ 1981, 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owen-Williams v. Cyran, No. 8:11-cv-03354-PJM (D. Md. July 24 & Aug. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2